# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY OCAMPO, individually,<br><br>Plaintiff,<br><br>v.<br><br>HEITECH SERVICES, INC., a Maryland Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 4:19-cv-04176<br>Hon. Kandis A. Westmore<br><br>(Removed from the Superior Court of California, County of San Francisco, Case No. CGC-19-576761)<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Defendant HEITECH SERVICES, INC.'S motion to appear telephonically at the Initial Case Management Conference on October 22, 2019, at 1:30 p.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall – a paid, private service – in advance of the hearing date.

IT IS SO ORDERED.

Dated: 10/18/2019

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

---

1

[PROPOSED] ORDER GRANTING TELEPHONICE APPEARANCE

10199085v.1