UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY OCAMPO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEITECH SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-04176-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 51 |

　　　On August 20, 2020, Plaintiff filed a renewed motion to file Exhibit 2 under seal. (Dkt. No. 50.) On September 2, 2020, the Court granted in part and denied in part Plaintiff's motion to file under seal, and ordered Plaintiff to "publicly file Exhibit 2 on the docket, with only limited redactions on page HEITECH000282 related to the proprietary pricing information. Plaintiff shall file Exhibit 2 no later than **September 8, 2020**." (Dkt. No. 51 at 2.)

　　　As of the date of this order, Plaintiff has not filed Exhibit 2 on the public docket. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 15, 2020**, why the Court should not exclude Exhibit 2 in deciding Defendant's motion for summary judgment by: (1) filing Exhibit 2, with only limited redactions on page HEITECH000282, on the public docket, and (2) explaining why Plaintiff failed to comply with the Court's order.

　　　IT IS SO ORDERED.

Dated: September 10, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge